AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25MAG926 |
| Tanweer Ahmed Mohamed Hussain Parkar ) | |
| ) | Charging District:   District of Columbia |
| _____ ) | Charging District's Case No.  25MJ45 |
| *Defendant* | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: U.S. District Court for the District of Columbia 333 Constitution Avenue N.W. Washington D.C. 20001 | Courtroom No.:  ASSIGNED DJ |
| | Date and Time: 4/3/2025 ' |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        03/20/2025

_____
*Judge's signature*

KATHARINE H. PARKER USMJ - SDNY
*Printed name and title*

D must reside at location approved by PTS and PTS must advise the court of that location (can be hotel)